IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADNEXUS INCORPORATED,<br><br>　　Plaintiff,<br><br>v.<br><br>EBAY INC,<br><br>　　Defendant. | Civil Action No. 6:23-cv-149-JKP<br><br>**JURY TRIAL DEMANDED** |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii), Plaintiff Adnexus Incorporated and Defendant eBay Inc. stipulate and agree to dismissal of this action with prejudice, with all attorneys' fees, costs, and expenses to be borne by the party incurring the same.

Dated:  July 31, 2023

Respectfully submitted,

*/s/ Sanford E. Warren, Jr.*

Sanford E. Warren, Jr. (Lead Attorney)
State Bar No.  20888690
swarren@wriplaw.com
WARREN RHOADES LLP
2909 Turner Warnell Road, Suite 131
Arlington, Texas  76001
Telephone:  972-550-2955
Facsimile:  469-422-0091

R. Scott Rhoades
State Bar No. 90001757
srhoades@wriplaw.com
WARREN RHOADES LLP
2909 Turner Warnell Road, Suite 131
Arlington, Texas  76001
Telephone:  972-550-2997
Facsimile:  469-422-0091

ATTORNEYS FOR PLAINTIFF

*/s/ Joshua L. Raskin*
Joshua L. Raskin
NY Bar No. 2816783
Joshua.raskin@gtlaw.com
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: 212.801.9200
Facsimile: 212.801.6400

*Attorneys for Defendant eBay Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that, on July 31, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                                     /s/ *Sanford E. Warren, Jr.*
                                                                                     Sanford E. Warren, Jr.