UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**ADNEXUS INCORPORATED,**

   *Plaintiff*,

v.                                         Case No. 6:23-CV-0149-JKP

**EBAY INC.,**

   *Defendant*.

## ORDER OF DISMISSAL

Before the Court is a *Joint Stipulation of Dismissal with Prejudice* (ECF No. 23) signed by all parties. Although no court order is necessary based upon the stipulation filed pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the parties provide a proposed order of dismissal. In accordance with that implicit request for an order of dismissal, the Court hereby **DISMISSES** this action with prejudice with each party to bear their own fees, costs, and expenses.

**IT IS SO ORDERED this 1st day of August 2023.**

**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**